UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ROBERT EMMERLING | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5202 |
| | : | |
| STANDARD INSURANCE COMPANY | : | |

### ORDER

AND NOW, this 30th day of September, 2015, following an oral argument and upon consideration of Plaintiff Robert Emmerling's Motion for Summary Judgment, Defendant Standard Life Insurance Company's response in opposition and Cross-Motion for Summary Judgment, and Emmerling's response thereto, and for the reasons as set forth in the accompanying Memorandum, it is ORDERED Emmerling's Motion for Summary Judgment (Document 13) is DENIED and Standard's Cross-Motion for Summary Judgment (Document 15) is GRANTED.

Judgment is entered in favor of Standard. The Clerk is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.